CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
September 30, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NUVASIVE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:24-CV-10 |
| | ) |
| CLAIRE KETTERING, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the parties' agreed Stipulation of Dismissal with Prejudice. Dkt. 21. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that the action is dismissed by stipulation, with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered:  September 30, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge